1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8  ANDRÉ BIROTTE JR.
9  United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   JEAN M. TURK [C.S.B.N.131517]
12 Special Assistant United States Attorney
13         Social Security Administration
           160 Spear Street, Suite 800
14         San Francisco, CA  94105
           Telephone:  (415) 977-8935
15         Facsimile:  (415) 744-0134
16         Email:  jean.turk@ssa.gov
17 Attorneys for Defendant

18                  UNITED STATES DISTRICT COURT
19                 CENTRAL DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| DIANE HARVEY ) | |
| ) | CASE NO.: 2:12-cv-02507-MAN |
| Plaintiff, ) | |
| v. ) | |
| ) | ~~[PROPOSED]~~ ORDER AWARDING |
| CAROLYN W. COLVIN, Acting ) | EAJA FEES |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

-1-

1  IT IS ORDERED that EAJA fees are awarded in the amount of THREE
2  THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($3,750.00),
3  subject to the terms of the Stipulation.

*Margaret A. Nagle*

DATED: September 24, 2013  _____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE