1  Erika Bailey Drake (SBN 248034)
   edrake@drakeanddrake.com
2  Roger D. Drake (SBN 237834)
3  rdrake@drakeanddrake.com
4  23679 Calabasas Road, Suite 403
   Calabasas, California  91302
5  Telephone:  818.438.1332
6  Facsimile:  818.854.6899
7  Attorneys for Plaintiff

8  ANDRÉ BIROTTE JR.
9  United States Attorney
   LEON W. WEIDMAN
10 Assistant United States Attorney
11 Chief, Civil Division
   JEAN M. TURK [C.S.B.N.131517]
12 Special Assistant United States Attorney
13       Social Security Administration
         160 Spear Street, Suite 800
14       San Francisco, CA  94105
         Telephone:  (415) 977-8935
15       Facsimile:  (415) 744-0134
16       Email:  jean.turk@ssa.gov
17 Attorneys for Defendant
18
                    UNITED STATES DISTRICT COURT
19                  CENTRAL DISTRICT OF CALIFORNIA
20
21 DIANE HARVEY                          )
                                         ) CASE NO.: 2:12-cv-02507-MAN
22      Plaintiff,                       )
23 v.                                    )
                                         ) [PROPOSED] ORDER AWARDING
24 CAROLYN W. COLVIN, Acting             ) EAJA FEES
25 Commissioner of Social Security,      )
                                         )
26                                       )
        Defendant.                       )
27 _____ )
28
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

-1-

1  IT IS ORDERED that EAJA fees are awarded in the amount of THREE
2  THOUSAND SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($3,750.00),
3  subject to the terms of the Stipulation.
4
5
6  DATED:  September 24, 2013                 _____
7                                              MARGARET A. NAGLE
                                                UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28